```
                        UNITED STATES BANKRUPTCY COURT
                         EASTERN DISTRICT OF MISSOURI
                               EASTERN DIVISION


IN RE:                          )       CASE NO: 07-45965-399
                                )
BOBBY L BROWN JR                )
                                )       CHAPTER 13
MICHELLE D BROWN                )
                                )
              DEBTOR(S)         )
```

LIST OF UNCLAIMED FUNDS AND ENTITIES
WHICH ARE ENTITLED TO PAYMENT

COMES NOW JOHN V. LABARGE, JR., CHAPTER 13 TRUSTEE, AND PROVIDES LIST FOR FILING PURSUANT TO BANKRUPTCY RULE 3011. THE FOLLOWING IS A LIST OF ALL KNOWN NAMES AND ADDRESSES OF THE ENTITIES AND THE AMOUNTS WHICH THEY ARE ENTITLED TO BE PAID FROM REMAINING PROPERTY OF THE ESTATE THAT IS PAID HEREWITH INTO COURT PURSUANT TO 11 U.S.C. SECTION 347(A):

MIDWEST LIFE TEAM
PO BOX 780887                                $          187.42

WICHITA KS
304727              67278-0887


                                /s/ John V. LaBarge, Jr.
                                ------------------------------------
DATE: September 30, 2010        JOHN V. LABARGE, JR.,
                                CHAPTER 13 TRUSTEE
                                P.O. Box 430908
                                St. Louis, MO 63143
BG -091                         (314) 781-8100    trust33@ch13stl.com